MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: elise.becker@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>    Plaintiff, <br> v. <br> GAO FENG, <br>    Defendant. | No. CR 98-00158 MMC <br><br> **NOTICE OF DISMISSAL** <br> **AND ORDER THEREON** <br><br> (San Francisco Venue) |

   With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Gao Feng without prejudice and moves that the Court quash the arrest warrant for Gao Feng issued in connection with the indictment in this case. The defendant is believed to have resided outside the United States for at least the past five years, the criminal cases against the co-defendants are closed, and the government submits that the charges against Gao Feng should be dismissed at this time.

NOTICE OF DISMISSAL (CR 98-00158 MMC)

DATED:  3/7/11

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/ Douglas Wilson for
MIRANDA KANE
Chief, Criminal Division

Leave is granted to the government to dismiss the indictment against Gao Feng. It is further ordered that the arrest warrant for Gao Feng issued in connection with the indictment is quashed.

Date: March 8, 2011

Maxine M. Chesney
United States District Judge

NOTICE OF DISMISSAL (CR 98-00158 MMC)2