IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br><br>GAO FENG,<br><br>    Defendant.<br>_____/ | No. CR 98-00158 MMC<br><br>**ORDER GRANTING DEFENDANT'S APPLICATION TO RELEASE SURETY'S U.S. PASSPORT; DIRECTIONS TO CLERK** |

On August 11, 2011, the government filed a Proposed Order Re: Passport, directing "the passport lodged with the Clerk of the Court in the above captioned case be released to the State Department." (See Proposed Order at 2:1-2.) Thereafter, on August 12, 2011, defendant Gao Feng filed an Ex Parte Application to Release Surety's Passport, by which application defendant seeks an order releasing the subject passport to defendant's attorney of record, Vicky H. Young; defendant represents therein that counsel for the United States has no objection. No objection or other response to defendant's application has been filed.

Accordingly, defendant's application is hereby GRANTED, and the Clerk is hereby DIRECTED to release, to defendant's attorney Vicki H. Young, the United States passport lodged with the Clerk's Office in 2005 in the above-titled case.

**IT IS SO ORDERED.**

Dated: August 22, 2011

MAXINE M. CHESNEY
United States District Judge